**Edward KLOCKE, Appellant,**

v.

**Delbert C. VAUGHN et al., Appellee.**

Court of Appeals of Kentucky.

May 23, 1956.

PER CURIAM.

This case having been submitted and ordered advanced and appellant having de-

clined to file a brief in support of his appeal and the court being sufficiently advised, it is hereby ordered that the above styled case be dismissed under authority of Rule 1.260 of the Rules of this Court.